IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

JEFFERY LEWIS ROBINSON                                    PLAINTIFF

V.                          CIVIL ACTION NO. 5:19-CV-82-DCB-MTP

WARDEN SCOTT MIDDLEBROOKS et al                           DEFENDANT

<u>Order Adopting Report and Recommendation</u>

This matter is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 64], to which no objections have been filed by Jeffery Lewis Robinson. Having carefully reviewed the same, the Court finds that Magistrate Judge Parker's Report and Recommendation is well taken and shall be adopted as the findings and conclusions of this Court. Magistrate Judge Parker recommends that this matter be dismissed without prejudice for failure to prosecute.

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that Magistrate Judge Michael T. Parker's Report and Recommendation is ADOPTED as the findings and conclusions of this Court. This action is hereby DISMISSED without prejudice.

A Final Judgment shall be entered of even date herewith pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED this the 1st day of July, 2021.

                                                /s/ David Bramlette
                                               UNITED STATES DISTRICT COURT